IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF | CASE NO.: 14--07860 MCF |
|---|---|
| CARMEN RAMOS CARTAGENA | CHAPTER 13 |
| DEBTOR(S) | |

## AMENDED CHAPTER 13 PAYMENT PLAN

TO THE HONORABLE COURT:

COMES NOW DEBTOR(S), through the undersigned attorney and most respectfully states and pays as follows:

1. Debtor respectfully submits an Amended Chapter 13 Payment Plan, dated November 14, 2014. This Amended Plan is filed to comply with the Trustee's Unfavorable Report, docket 11.

WHEREFORE it is respectfully requested from this Honorable Court that notice be taken of the Amended Payment Plan.

CERTIFICATE OF SERVICE: I hereby certify that the foregoing motion has been filed with the Clerk of the court using the CM/ECF system that will electronically notify parties in interest, to Chapter 13 Trustee and US Trustee Office. Non CM/ECF participants that are interested parties will be notified by regular US Postal Service.

In Cayey, Puerto Rico this 14 day of November, 2014.

/s/Miriam A. Murphy Lightbourn
MIRIAM A. MURPHY LIGHTBOURN
USDC 202814
PO BOX 372519.
CAYEY, PUERTO RICO 00737
PHONE: 263-2377; FAX: 738-4667
EMAIL: mamurphyli82@gmail.com

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                                           Case No. **3:14-bk-7860**

**RAMOS CARTAGENA, CARMEN**                                 Chapter **13**
                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____        ☑ AMENDED PLAN DATED: **11/14/2014**
☐ PRE ☐ POST-CONFIRMATION                       Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | | | |
|---|---|---|---|---|---|
| $ | **150.00** x | **30** | = $ | **4,500.00** |
| $ | **350.00** x | **26** | = $ | **9,100.00** |
| $ | **600.00** x | **4** | = $ | **2,400.00** |
| $ | x | | = $ | |
| $ | x | | = $ | |

                      TOTAL: $    **16,000.00**

Additional Payments:
$ **5,000.00** to be paid as a LUMP SUM within **50 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**Xmas Bonus, $1,000. yearly, starting at December 2014.**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

      PROPOSED BASE: $    **21,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $   **2,718.00**

Signed: **/s/ CARMEN RAMOS CARTAGENA**
       Debtor

_____
       Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **SCOTIABANK DE PR** Cr. _____ Cr. _____
# **claim 5**          # _____ # _____
$     **660.00**     $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**FIRST BANK**       **SCOTIABANK DE PR**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
* "Tax refunds, if any, will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

Attorney for Debtor **Miriam A. Murphy Murphy Law Office**        Phone: **(787) 263-2377**

RAMOS CARTAGENA, CARMEN
JARDINES I
E5 8 STREET
CAYEY, PR 00736


Miriam A. Murphy
Murphy Law Office
PO BOX 372519
CAYEY, PR 00737-2519


AEELA
P O BOX 364508
SAN JUAN, PR 00936


BANCO POPULAR DE PR
P O BOX 362708
SAN JUAN, PR 00936


BANCO POPULAR DE PR
P O BOX 363228
SAN JUAN, PR 00936


COOP A/C SAN JOSE
PO BOX 2020
AIBONITO, PR 00705-2020


FIRST BANK
P O BOX 9146
SAN JUAN, PR 00908


SAMS CLUB
GECRB
P O BOX 965005
ORLANDO, FL 32896-5005


SCOTIABANK DE PR
P O BOX 362230
SAN JUAN, PR 00936-2230