IN RE:

**Juan Jose Acevedo Quintero
Sonia Cartagena Santiago**

Debtor(s)

ACM Palmyra PR, LLC
    Movant

Juan Jose Acevedo Quintero
Sonia Cartagena Santiago

and Chapter 13 Trustee,
Jose Ramon Carrion Morales
    Respondent(s)

CASE NO.  10-01556  MCF

CHAPTER     13


11 USC 362 d(1) d(2)

Relief from stay for cause

## MOTION FOR RELIEF FROM STAY

TO THE HONORABLE COURT:

Comes now, ACM Palmyra PR, LLC, secured creditor, represented by the undersigned attorney who respectfully prays and states as follows:

1.     Jurisdiction over subject matter is predicated on section, 1334 and 157(b) 2(G), 28 USC

2.     The cause of action is based on section 362 d(1) and d(2), 11 USC.

3.     In this case, an Order for Relief was entered on February 28 2010.

4.     Movant is the holder in due course of a Mortgage Note, hereinafter the (Note), for $72,000.00, bearing interest of 6.375 %, due on September 1st 2035.

5.     Since the filing date, debtor account has accumulated **Post Petition** arrears as described in Exhibit (A) of this motion, Verified Statement in compliance with LBR 4001-1(d)(3) **and any other arrears that continue to accrue up to the date all post petitions**

**arrears are paid.**

6.      Movant argues that considering what is herein above stated, cause exists for granting relief from the stay pursuant to section 362 d(1) d(2), *supra*, since debtor has failed to make post petition payments accordingly.

Included as Exhibit (B), is Movant's Verified Statement regarding the information required by the Service Member Civil Relief Act of 2003 and the Department of Defense Manpower Data Center Military Status Report.

7. Said default deprives Movant to have its security interest protected as provided under the Bankruptcy Code.

WHEREFORE, Movant prays for an Order granting the Relief from Stay as requested.

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to debtor(s) attorney and to Jose Ramon Carrion Morales, Chapter 13 Trustee, and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participants: to debtor(s) at theirs address of record in this case.

In Caguas, Puerto Rico, on October 6, 2014.

**/s/Luis Rodriguez, Esq.**
USDC 227605
PMB 256
PO BOX 4952
Caguas PR 00726
E-mail: lcdorodriguezsanmiguel@gmail.com
Tel: 787-972-6144

10-0556

# M I D W E S T   S E R V I C I N G , I N C
230 Crosskeys Office Park
Fairport, NY 14450
(585) 377-2810

LOAN WORKSHEET      EXHIBIT "A"

0080 - JUAN ACEVEDO QUINTERO

Reinstatement figures as of:     09/30/14

| | | | |
|---|---|---|---|
| 5 | Payment (5/1/14-9/1/14): | $620.90 | $ 3,104.50 |
| 25 | Accrued late charges : | $22.46 | $ 561.50 |
| | (8/1/12-9/1/12; 11/1/12-9/1/14; | | |
| 1 | Partial accrued late charge (7/1/12): | $1.06 | $ 1.06 |
| | Legal Fees: | | $ 526.00 |
| | Total: | | $ 4,193.06 |

| | |
|---|---|
| Another payment is due 10/1/14 of | $620.90 |
| if it is not received by 10/16/14 a | |
| late charge will be assessed of | $22.46 |

PLEASE MAKE CHECKS PAYABLE TO:
ACM Palmyra PR, LLC
AND FORWARD TO: ACM Palmyra PR, LLC
PO BOX 70195
SAN JUAN, PR 00936-8195

DOES NOT INCLUDE LEGAL FEES
OR COSTS, NOT ADVANCED
TO DATE, OR ANY OTHER
ADJUSTMENTS.

-------- **NOTE** --------------------------------------

-------- **PAGARE** ----------------------------------

US $          72,000.00                 CAGUAS                       , Puerto Rico

                                                City-(Ciudad)

                                       August 22     , 2005

                     22 de         agosto        de 2005

FOR   VALUE   RECEIVED,   the   undersigned   ("Borrower")   promise(s)   to
POR   VALOR   RECIBIDO,   el   (los)   suscribiente   (s)   ("Deudor")   promete   (n)   pagar   a-

pay     MORTGAGE STORE OF PUERTO RICO INC.,   or   order,   the   principal   sum   of
       MORTGAGE STORE OF PUERTO RICO INC.   o   a   su   orden,   la   suma   de
SEVENTY-TWO THOUSAND AND 00/100

Dollars     with     interest     on     the     unpaid     balance     from     the     date     of     this
Dólares,   con   intereses   sobre   el   balance   insoluto   de   principal   desde   la   fecha   de

Note,   until   paid,   at   the   rate   of          SIX AND 37500/100000                    per
este   Pagaré   hasta   su   pago   a   razón   del                                                 por

cent     per     annum.     Principal     and     interest     shall     be     payable     at
ciento anual. El principal e intereses serán pagaderos en -----------------------------------------------------------
MORTGAGE STORE OF PUERTO RICO INC.
JESUS T PINERO # 295

SAN JUAN, PR  00918

or     such     other     place     as     the     Note     Holder     may     designate     in     writing,
o   en   cualquier   otro   lugar   que   el   tenedor   de   este   Pagaré   indique   por   escrito,--

in consecutive monthly installments of
en plazos mensuales y consecutivos de

FOUR HUNDRED FORTY-NINE AND 19/100          Dollars     (US$       449.19   ),
                                 Dólares     (US$       449.19   ).

on the first (1st.) day of each month beginning on     October
en el primer (1er.) día de cada mes comenzado en         octubre

       2005     until     the     entire     indebtedness     evidenced     hereby     is     fully
de   2005         hasta   que   se   pague   totalmente   la   deuda   evidenciada   por   el

paid,  .  except     that     any     remaining     indebtedness,     if     not     sooner     paid,
presente,   si   no   antes   pagada,   quedará   vencida   y   pagadera   en

shall be due and payable on     September 01 , 2035
                        01 de septiembre        de    2035

--If any monthly installment under this Note is not paid
--Si cualquier plazo mensual bajo este Pagaré no es pagado cuando

when due and remains unpaid after a date specified by a notice to
venza y permanece impagado luego de la fecha especificada en la notificación

Borrower, the entire principal amount outstanding and accrued --
al Deudor, la suma total de principal pendiente de pago e intereses ----------------------

interest thereon shall at once become due and payable at the
acumulados sobre la misma quedarán inmediatamente vencidos y pagaderos a ------------

option of the Note Holder hereof. The date specified shall not be
opción del tenedor de este Pagaré. La fecha especificada no será anterior a ----

less than thirty days from the date such notice is mailed. --------------
treinta días a partir de la fecha de envío por correo de dicha notificación.- ----

The Note Holder may exercise this option to accelerate during
El tenedor de este Pagaré podrá ejercitar esta opción de aceleración durante --

any default by Borrower regardless of any prior forbearance. ---------------
cualquier incumplimiento del Deudor, no empece cualquier indulgencia de moro-

If suit is brought to collect this Note, the Note Holder shall
sidad anterior. De radicarse procedimiento judicial para el cobro de este --

be entitled to collect in such proceeding the agreed and ---------------------
Pagaré el tenedor de este Pagaré tendrá derecho a cobrar en dicho ---------------------

liquidated amount of ten per cent of the original principal ----------------
procedimiento la suma pactada y líquida de diez por ciento de la suma ----------------------

amount hereof to cover cost and expenses of suit, including but --
original de principal del presente para cubrir las costas y gastos de dicho ----

not limited to, attorney's fees. ----------------------------------------------
procedimiento, incluyendo, sin implicar limitación, honorarios de abogado. ------------------------



---Borrower shall pay to the Note Holder a late charge of
---El Deudor pagará al tenedor de este Pagaré un cargo por pago atrasado de--

--- five (5%)---- per cent of any monthly installment not received
---------cinco (5%0 ------------- por ciento de cualquier plazo mensual que no sea recibido por el

by the Note Holder within ------ fifteen (15)- ---- days after the
tenedor de este Pagaré dentro de quince (15) días después de la

installment is due. ---------------------------------------------------------
fecha de vencimiento de dicho plazo. -------------------------------------------------

Borrower may repay the principal amount outstanding in whole
El Deudor podrá pagar por anticipado la totalidad o parte del balance insoluto

or part. The Note Holder may require that any partial prepayments
del prinicpal. El tenedor de este Pagaré podrá requerir que cualesquiera pagos

(i) be made on the date monthly installments are due an (ii) be in
parciales (i) sean hechos en la fecha en que venzan plazos mensuales y (ii) sean

the amount of that part of one or more monthly installments which
en la cuantía de aquella parte de uno o más plazos mensuales que sería aplicable

would be applicable to principal. Any partial prepayment shall be
a principal. Cualquier pago parcial por anticipado será aplicado contra el

appl against the principal amount anding and shall not
principal insoluto y no pospondrá la fecha de vencimiento de cualquier plazo

postpone the due date of any subsequent monthly installments or
mensual subsiguiente ni cambiará el monto de dichos plazos, a menos que el

change the amount of such installments, unless the Note Holder
tenedor de este Pagaré acuerde lo contrario por escrito. Si, dentro de cinco (5)

shall otherwise agree in writing. If, within five years from the
años desde la fecha de este pagaré, se hace cualquier pago

date of this Note, any prepayment is made in any
anticipado en cualquier período de doce meses comenzando con la ------------

twelve month period beginning with the date of this note or
fecha de este Pagaré o la de sus aniversarios ("año del préstamo")

anniversary dates thereof ("loan year") with money lent
con dineros prestados por un prestador que no sea el

by a lender other than the holder hereof, the Borrower
tenedor del presente, el Deudor pagará al tenedor del presente

shall pay the holder hereof (a) during the first loan year
(a) durante el primer año del préstamo tres por ciento (3%) de la cuantía

three (3%) per cent of the prepaid amount (b) during the second and
prepagada, (b) durante el segundo y tercer años del préstamo dos por ciento

third loan years two (2%) per cent of the prepaid amount, and (c)
(2%) de la cuantía prepagada, y (c) durante el cuarto y quinto año del préstamo

during the fourth and fifth loan years one (1%) per cent of the
un por ciento (1%) de la cantidad prepagada. --------------------------------

prepaid amount. ---------------------------------------------------------

The above prepayment penalty will not be enforced if this Note is
La anterior penalidad por prepago no podrá ser ejercitada si este Pagaré es

sold by the holder hereof to The Federal Home Loan Mortgage
vendido por el tenedor de este Pagaré a la "Federal Home Loan Mortgage

Corporation (FREDDIE-MAC), or the Federal National Mortgage
Corporation (FREDDIE-MAC) o la "Federal National Mortgage ------------

Association" (FANNIE-MAE). -----------------------------------------------
Association" (FANNIE-MAC). --------------------------------------------------

---Presentment, notice of dishonor, and protest are hereby---------------
---Por la presente se renuncian los derechos de presentación, aviso de ------

waived by all makers, sureties, guarantors and endorsers hereof. ------
rechazo, y protesto por todos los otorgantes, fiadores, garantizadores y ----

This Note shall be the joint and several obligation of all ------------------
endosantes del presente. Este Pagaré constituye la obligación solidaria de --

makers, sureties, guarantors and endorsers, and shall be binding -------------
todos sus otorgantes, fiadores, garantizadores y endosantes y les obliga ----

upon them and their heirs, personal representatives, successors -----
así como a sus herederos, representantes personales, sucesores y -------

and assigns. --------------------------------------------------------------------------------
cesionarios. ------------------------------------------------------------------------------

---Any notice to Borrower provided for in this Note shall be --------------------------------
---Cualquier notificación al Deudor dispuesta en este Pagaré deberá ser ---------------------

given by mailing such notice by certified mail addressed to --------------------------------
enviada por correo certificado dirigida al Deudor a la Dirección de la ------------------------

Borrower    at    the    Property    Address    stated    below,    or    to    such    other ----
Propiedad    que    abajo    se    indica,    o a    cualquier    otra    dirección    que el    Deudor ----------------

address    as    Borrower    may    designed    by    notice    to    the    Note    Holder
designe    mediante    notificación    al    tenedor    de    este    Pagaré.    Cualquier ----------------------

hereof.    Any    notice    to    the    Note    Holder    shall    be    given    by    mailing
notificación    al    tenedor    de    este    Pagaré    deberá    ser    enviada    por    correo --------

such    notice    by    certified    mail,    return    receipt    requested,    to    the
certificado,    con    acuse    de    recibo,    al    tenedor    de    este    Pagaré    a    la    dirección

Note    Holder    hereof    at    the    address    stated    in    the    first    paragraph    of
indicada    en    el    primer    párrafo    de    este    Pagaré,    o a    cualquier    otra    dirección

this    Note,    or    at    such    other    address    as    may    have    been    designated    by
que    se    haya    designado    mediante    notificación    al    Deudor. ------------------------------

notice    to    Borrower. -----------------------------------------------------------------------

---    The    indebtedness    evidenced    by    this    Note    is    secured    by    a
---    La    deuda    evidenciada    por    este    Pagaré    está    garantizada    por    una    Hipoteca,

Mortgage,    date    of    even    dated    herewith,    on    the    property    as
de    fecha    igual    a    la    del    presente,    sobre    propiedad    según    indicada    en    la -

indicated    in    Deed    number    ---243---    before    the    suscribing    Notary.
Escritura    número    --------243-----    ante    el    Notario    suscribiente. -----

PAY TO THE ORDER OF

| | JUAN JOSE ACEVEDO QUINTERO |
|---|---|
| Pramco CV9, LLC | *signature* |
| WITHOUT RECOURSE | SONIA, CARTAGENA SANTIAGO |
| R-G MORTGAGE CORP. | *signature* |
| By: *signature* | |
| Joanelle Vargas | |
| SVP Corporate Accounting | Borrower - Deudor |

1406 TORRE II TORRE DE ANDALUCIA
SAN JUAN PR 009260000
Property Address
Dirección de la Propiedad

(Execute Original Only)
(Otórguese el Original solamente)

Signed and sealed as witness
Firmado y sellado como testigo

Notary Public
Notario Público

AFFIDAVIT NUMBER:    4,907

---Subscribed to before me by the issuers,
both of legal age, married to each other,
referee and pastry cooker, respectively --
and residents of    Cayey ----------, Puerto
Rico, on the date and place above --------
mentioned.



PAY TO THE ORDER OF
R-G MORTGAGE CORP.
WITHOUT RECOURSE
MORTGAGE STORE OF P.R.
By:

SDSL252031

SDS0252MP/L252031/HP0031/04

---On the same date---
of its execution at--
the request of---------
R&G MORTGAGE CORPORATION --
----------------,I issued
first certified copy-
of this deed. I the
Notary CERTIFY.---------



--- NOTARY PUBLIC ----

---DEED NUMBER  TWO HUNDRED FORTY THREE (243) ---------------

# --------FIRST MORTGAGE--------
# ---------PRIMERA HIPOTECA---------

----In the City of     ----CAGUAS------------ Puerto Rico,----
----En la Ciudad de --------------------------- Puerto Rico, ----

this   twenty second (22nd.) ---day of   ----August-----------
hoy día --------------------------------- de -------------------
Two Thousand Five (2005) -----------------------------------

--------------------------BEFORE ME-----------------------
--------------------------ANTE MI------------------------

-----NICOLAS A. QUIÑONES-CASTRILLO ------- , a Notary Public
-------------------------------------------------, Notario Público

in Puerto Rico, with residence in the City of   ----GUAYNABO-----------
en Puerto Rico, con residencia en la Ciudad de ---------------------------

Puerto Rico. --------------------------------------------------
Puerto Rico. --------------------------------------------------

--------------------------APPEAR--------------------------
-------------------------COMPARECE(N)----------------------

-----The person(s) mentioned in paragraph SEVENTH hereof (herein
-----La (s) persona (s) mencionada (s) en el párrafo SEPTIMO (en adelante

"Borrower"). -----------------------------------------------
"el Deudor"). -----------------------------------------------

-----I, the Notary, hereby certify that I personally know the
-----Yo, el Notario,   por la presente certifico que conozco personalmente a los

appearing parties herein and through their statements as to their ages,
comparecientes   y   por   sus   dichos   de   sus   edades,

civil status, occupations and residences. They assure me that they have,
estados civiles, ocupaciones y residencias. Ellos me aseguran que tienen,

and in my judgment they do have, the necessary legal capacity to
y  a mi  juicio tienen, la  capacidad   legal   necesaria   para

execute this deed; wherefore they freely-------------------------
otorgar esta escritura; por tanto libremente------------------------

----------------STATE AND COVENANT:------------------
-------------------DECLARAN Y CONVIENEN:----------------

----FIRST:  That Borrower is owner of the property described in
-----PRIMERO: Que el Deudor es dueño de la propiedad descrita en

paragraph  FIFTH  hereof  (herein "Property") and has the
el párrafo QUINTO (en adelante "la Propiedad") y que tiene el

right to mortgage said Property, that the Property is unencumbered,
derecho de hipotecar dicha Propiedad, que la Propiedad se halla libre de cargas

and that Borrower will warrant and defend the title to said
y gravámenes y que el Deudor garantizará y defenderá su título a dicha

Property agains all claims and demands, subject to any declarations,
Propiedad contra toda reclamación y demanda, sujeto a cualquier declaración,

easements or restrictions listed in a schedule of exceptions to coverage
servidumbre o restricción detallada en la lista de excepciones a cubierta

in any title insurance policy insuring the interest in the Property
en cualquier póliza de seguro de título que asegure el interés en la Propiedad

of the Lender mentioned in paragraph EIGHTH hereof (herein
del Prestador mencionado en el párrafo OCTAVO de la presente (en adelante

"Lender"). -----------------------------------------------------------------
"el Prestador"). -------------------------------------------------------------

-----SECOND:    That Borrwer is indebted to Lender in the
-----SEGUNDO:   Que el Deudor adeuda al Prestador la

principal sum of   SEVENTY TWO THOUSAND DOLLARS -----
suma principal de -----------------------------------------------------------

($72,000.00)-----------------------------------------------------

with interest thereon at the rate of  SIX AND THREE EIGHTHS---
con interés sobre la misma a razón del   -----(6 3/8%)-----------

percent (     %) per annun, which indebtedness is evidenced by a
por ciento (-------- %)    anual,    cuya deuda está evidenciada por un

certain note payable to Lender, or to its order, dated  twenty second --
pagaré pagadero al Prestador, o a su orden, fechado ----------------------------

(22nd) day of August, Two Thousand Five (2005). -----------

(herein "Note")   providing   for   monthly   installments   of
(en adelante "el Pagaré") en el cual se dispone para el pago de plazos mensuales de

principal and interest with the balance of the indebtedness, if not
principal e intereses con el balance de la deuda, si no ha sido

sooner paid, due and payable on  the first (1st.) day of
antes satisfecho, vencedero y pagadero el ------------------------------------------

SEPTEMBER, Two thousand thirty five (2035)------

bearing Affidavit Number   FOUR THOUSAND NINE HUNDRED SEVEN ---
(4,907) before the undersigned Notary  Public. ------------

-----THIRD: To secure to Lender or to the holder by endorsement of
-----TERCERO: Para garantizar al Prestador o al tenedor por endoso del

the note (a) the repayment of the indebtedness evidenced by the Note,
Pagaré (a) el pago de la deuda evidenciada por el Pagaré,

with interest thereon, (b) the performance of the covenants and
con sus intereses, (b) el cumplimiento de los pactos y

agreements of Borrower herein contained, (c) an amount of ten percent
convenios del Deudor aquí contenidos, (c) una suma equivalente al diez por ciento

of the original principal amount of the Note to cover costs, expenses and
de la cuantía original del principal del Pagaré para cubrir costas, gastos y

2

attorney's fees in the event the holder of the Note is required to
honorarios de abogado en caso de que el tenedor del Pagaré tenga que

foreclose this Mortgage or seek judicial collection, or collection
ejecutar esta Hipoteca o recurrir a procedimiento judicial para su cobro, o su cobro

in any proceeding in bankruptcy of the Borrower, which amount shall
en cualquier procedimiento en quiebra del Deudor, cuya suma será

be considered liquid and payable by the sole act of filing the complaint
considerada líquida y exigible por el solo acto de la radicación de la demanda

and shall be in addition to the principal amount of the Note, (d) an
y será en adición al principal del Pagaré, (d) una

amount of ten percent of the original principal amount of the Note
suma equivalente al diez por ciento de la cuantía original del principal del Pagaré

to cover any other advances which may be made under this Mortgage
para cubrir cualquier otro anticipo que pueda hacerse bajo esta Hipoteca,

and (e) an amount of ten percent of the original principal amount of the
y (e) una suma equivalente al diez por ciento de la cuantía original del principal del

Note to cover interest in addition to that secured by law, Borrower
Pagaré para cubrir intereses en adición a los garantizados por ley, el Deudor

does hereby create a voluntary first mortgage on the Property. In the
por la presente constituye primera hipoteca voluntaria sobre la Propiedad. En caso

event this Mortgage is not recorded at the Registry with the agreed
de que esta Hipoteca no sea inscrita en el Registro de la Propiedad con el

rank, the same shall constitute a default hereunder entitling
rango convenido, ello constituirá un incumplimiento bajo la presente facultando al

Lender to the remedies provided in paragraph 18 hereof.--------------------
Prestador a los remedios dispuestos en el párrafo 18 de la presente.-------------------
-------------------------------------------------------------------------------------------------

----FOURTH: Borrower and Lender further covenant and agree
-----CUARTO: El Deudor y el Prestador pactan y convienen, además,

as follows: -----------------------------------------------------------------------------
lo siguiente: ----------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------

-----1. *Payment of Principal and Interest.* Borrower shall promptly pay
-----1. *Pago de Principal e Intereses.* El Deudor pagará puntualmente

when due the principal of and interest on the indebtedness evidenced
cuando venzan, el principal e intereses de la deuda evidenciada

by the Note, prepayment and late charges as provided in the
por el Pagaré, y los cargos por pago anticipado y retardado según dispuesto en el

Note. ------------------------------------------------------------------------------------
Pagaré. ----------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------

-----2. *Funds for Taxes and Insurance.* Subject to applicable law
-----2. *Fondos para Contribuciones y Seguros.* Sujeto a las disposiciones de ley

or to a written waiver by Lender, Borrower shall pay to Lender
aplicables o a renuncia escrita del Prestador, el Deudor pagará al Prestador
-------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------

3

on the day monthly installments of principal and interest are
en la fecha en que son pagaderos según el Pagaré los plazos de principal e intereses,

payable under the Note, until the Note is paid in full, a sum
hasta que el Pagaré sea satisfecho totalmente, una suma

(herein "Funds") equal to one-twelfth of the yearly taxes
(en adelante "los Fondos") equivalente a una duodécima parte de las contribuciones

and assessments which may attain priority over this Mortgage,
e impuestos anuales que puedan adquirir prioridad sobre esta Hipoteca,

plus one-twelfth of yearly premium installments of hazard insurance,
más una duodécima parte de la prima anual de seguro contra riesgos,

plus one-twelfth of yearly premium installments for
más una duodécima parte de la prima anual del

mortgage insurance, if any, all as reasonably estimated ini-
seguro de hipoteca, si alguno, todos según razonablemente sean estimados ini-

tially and from time to time by Lender on the basis of assess-
cialmente y de tiempo en tiempo por el Prestador a base de imposicio-

ments and bills and reasonable estimates thereof. In addition,
nes y facturas y estimados razonables de los mismos. Adicionalmente,

if this Mortgage is on a condominium or any other type of
si esta Hipoteca es sobre un condominio o cualquier otra clase de

association wherein property is jointly owned or adminis-
régimen mediante el cual la propiedad se posee o adminis-

tered and obligations for maintenance thereon arise in the Borrower,
tra en común y surjan obligaciones para el Deudor

the Borrower, at Lender's option, shall pay to Lender
respecto a su mantenimiento, a opción del Prestador, el Deudor pagará al Prestador

at the time herein provided, one-twelfth of the
en las fechas aquí dispuestas una duodécima parte de los

annual maintenance charges, and shall immediately pay to Lender
cargos anuales de mantenimiento y pagará inmediatamente al Prestador

all special assessments made. The Funds shall be held in an
todas las derramas especiales que se impongan. Los Fondos serán depositados en una

institution the deposits or accounts of which are insured by a
institución cuyas cuentas o depósitos estén asegurados por una

Federal agency (including Lender if Lender is such an
agencia federal (incluyendo el Prestador, si el Prestador es una

institution). Lender shall apply the Funds to pay said
institución de este tipo). El Prestador aplicará los Fondos al pago de dichas

taxes, assessments, insurance premiums, maintenance fees, and
contribuciones, impuestos, primas de seguro, cargos de mantenimiento y

special assessments. Lender may not charge for so holding and
derramas especiales. El Prestador no podrá cobrar por dichos servicios de depósito y

4

----------------------------------------------------------------
----------------------------------------------------------------

applying the Funds, analyzing said account, or verifying and compiling
aplicación de Fondos, análisis de cuenta o la verificación y compilación de

said assessments and bills unless Lender pays Borrower interest
dichos impuestos y facturas a menos que el Prestador pague al Deudor intereses

on the Funds and applicable law permits Lender to make such a
sobre los Fondos y la ley aplicable permita al Prestador cobrar por dichos

charge.  Borrower and Lender may agree in writing at the time of
servicios.  El Deudor y el Prestador podrán acordar por escrito al tiempo de

execution of this Mortgage that interest on the Funds shall be paid to
otorgamiento de esta Hipoteca el pago de intereses sobre los Fondos al

Borrower, and unless such agreement is made or applicable law
Deudor y, a menos que se haga tal acuerdo o la ley aplicable

requires such interest to be paid, Lender shall not be required to pay
requiera el pago de dichos intereses, no se requerirá que el Prestador pague

Borrower any interest or earnings on the Funds.  Lender shall give to
interés alguno o ingresos al Deudor sobre los Fondos.  El Prestador dará al

Borrower, without charge, an annual accounting of the Funds showing
Deudor, libre de costo, un estado de cuenta anual de los Fondos indicando

credits and debits to the Funds and the purpose for which each debit
débitos y créditos a los Fondos y el propósito para el cual fue hecho cada débito

to the Funds was made.  The Funds are pledged as additional security
a los Fondos.  Los Fondos quedan depositados en prenda como garantía adicional

for the sums secured by this Mortgage. ------------------------------------
de las sumas garantizadas por esta Hipoteca. ------------------------------------
----------------------------------------------------------------

-----If the amount of the Funds held by Lender, together with the
-----Si la suma de los Fondos en manos del Prestador, junto con los

future monthly installments of Funds payable prior to the due dates
plazos mensuales futuros de Fondos pagaderos antes de la fecha de vencimiento

of taxes, assessments, insurance premiums and maintenance charges,
de las contribuciones, impuestos, primas de seguro y cargos de mantenimiento,

shall exceed the amount required to pay said taxes, assessments,
exceden de la cantidad necesaria para pagar dichas contribuciones, impuestos,

insurance premiums and maintenance charges as they fall due, such
primas de seguro y cargos de mantenimiento según venzan, dicho

excess shall be, at Borrower's option, either promptly repaid to
exceso será, a opción del Deudor, reembolsado inmediatamente al

Borrower or credited to Borrower on monthly installments of Funds.
Deudor o acreditado a los plazos mensuales de Fondos del Deudor.

If the amount of the Funds held by Lender shall not be sufficient to
Si la cantidad de los Fondos en manos del Prestador no fuere suficiente para

pay taxes, assessments, insurance premiums, maintenance fees, and
pagar contribuciones, impuestos, primas de seguro, cargos de mantenimiento y



5

special assessments as they fall due, Borrower shall pay to Lender any
derramas especiales según venzan, el Deudor pagará al Prestador cualquier

amount necessary to make the deficiency within thirty (30) days
cantidad necesaria para completar la deficiencia dentro de treinta (30) días

from the date notice is mailed by Lender to Borrower
a partir de la fecha de envío por correo de notificación por el Prestador al Deudor

requesting payment thereof.------------------------------------------------------
requiriendo su pago. ------------------------------------------------------------
------------------------------------------------------------------------------------

-----Upon payment in full of all sums secured by this Mort-
-----Una vez pagadas por completo todas las cantidades aseguradas por esta Hipo-

gage, Lender shall promptly refund to Borrower any Funds
teca, el Prestador reembolsará inmediatamente al Deudor cualesquiera Fondos

held by Lender. If under paragraph 18 hereof the
en manos del Prestador. Si bajo las disposiciones del párrafo 18 de la presente la

Property is sold or the Property is otherwise acquired by Lender,
Propiedad es vendida o la Propiedad es de otro modo adquirida por el Prestador,

Lender shall apply, no later than immediately prior to the sale
el Prestador aplicará, no más tarde de inmediatamente antes de la venta

of the property or its acquisition by Lender, any Funds held by
de la Propiedad o su adquisición por el Prestador, cualesquiera Fondos en manos del

Lender at the time of application as a credit against the sums secured
Prestador al momento de su aplicación como crédito contra las sumas aseguradas

by this Mortgage.----------------------------------------------------------------
por esta Hipoteca. --------------------------------------------------------------
------------------------------------------------------------------------------------

-----3. *Application of Payments*. Unless applicable law provides
-----3. *Aplicación de Pagos*. Excepto cuando ley aplicable disponga

otherwise, all payments received by Lender under the Note and
lo contrario, todos los pagos recibidos por el Prestador bajo el Pagaré y

paragraph 1 and 2 hereof shall be applied by Lender first in
los párrafos 1 y 2 de la presente serán aplicados por el Prestador primero al

payment of amounts payable to Lender by Borrower under paragraph
pago de las sumas pagaderas al Prestador por el Deudor bajo el párrafo

2 hereof, then to interest payable on the Note and then to the prin-
2 de la presente, luego a interés pagadero bajo el Pagaré y luego al prin-

cipal of the Note. --------------------------------------------------------------
cipal del Pagaré. ----------------------------------------------------------------
------------------------------------------------------------------------------------

-----4. *Charges; Liens*. Borrower shall pay all taxes, assess-
-----4. *Cargas; Gravámenes*. El Deudor pagará todas las contribuciones, impues-

ments and other charges, fines and impositions attributable to the
tos y otros cargos, multas e imposiciones atribuibles a la

Property which may attain a priority over this Mortgage, if any,
Propiedad que puedan obtener prioridad sobre esta Hipoteca, si algunos,

------------------------------------------------------------------------------------

------------------------------------------------------------------------
------------------------------------------------------------------------

in the manner provided under paragraph 2 hereof or, of not paid in
en la forma dispuesta bajo el párrafo 2 de la presente o, si no son pagados en

such manner, by Borrower making payment, when due, directly to the
dicha forma, mediante el pago por el Deudor, cuando venzan, directamente al

payee thereof.    Borrower shall promptly furnish to Lender all
acreedor de los mismos.    El Deudor suministrará inmediatamente al Prestador todas

notices of amounts due under this paragraph, and in the event
las notificaciones de cantidades vencidas bajo este párrafo, y, en caso de que

Borrower shall make payment directly, Borrower shall promptly furnish
el Deudor pague directamente, el Deudor suministrará inmediatamente

to Lender receipts evidencing such payments.    Borrower
al Prestador los recibos que evidencien dichos pagos.    El Deudor

shall promptly discharge any lien which has priority over this
descargará inmediatamente cualquier gravamen que tenga prioridad sobre esta

Mortgage; provided, that Borrower shall not be required to discharge
Hipoteca; disponiéndose, que no se requerirá que el Deudor descargue

any such lien so long as Borrower shall agree in writing to the payment
cualquiera de dichos gravámenes cuando el Deudor acuerde por escrito pagar

of the obligation secured by such lien in a manner acceptable to
la obligación garantizada por dicho gravamen en forma aceptable al

Lender, or shall in good faith contest such lien by, or defend
Prestador, o cuando impugne de buena fe dicho gravamen mediante, o defienda contra

enforcement of such lien in, legal proceedings which operate
la ejecución de dicho gravamen en, procedimientos legales que produzcan

to prevent the enforcement of the lien or forfeiture of the Property
el efecto de evitar la ejecución del gravámen o la pérdida de la Propiedad

or any part thereof.------------------------------------------------------
o de cualquier parte de la misma. ----------------------------------------
------------------------------------------------------------------------

-----5. *Hazard Insurance.* Borrower shall keep the improvements now
-----5. *Seguro de Riesgos.*    El Deudor mantendrá las mejoras ahora

existing or hereafter erected on the Property isured agains loss
existentes o en adelante eregidas en la Propiedad aseguradas contra pérdida

by fire, hazards included withing the term "exteded coverage", and
por fuego, riesgos incluidos dentro de término "cubierta extensa", y

such other hazards as Lender may require, and in such amounts and
tales otros riesgos como el Prestador pueda requerir y en las cantidades y

for such periods as Lender may require; provided, that Lender
por los términos que el Prestador pueda requerir; disponiéndose, que el Prestador

shall not require that the amount of such coverage exceed that amount
no podrá requerir que el monto de dicha cubierta exceda del monto

of coverage required to pay the sums secured by this Mortgage.----------
de cubierta necesario para pagar las sumas aseguradas por esta Hipoteca.-------------
------------------------------------------------------------------------

7

----
----The insurance carrier providing the insurance shall be chosen by
----El asegurador que proporcione el seguro será escogido por

Borrower subject to approval by Lender; provided, that such
el Deudor sujeto a la aprobación del Prestador; disponiéndose que tal

approval shall not be unreasonably withheld. All premiums on
aprobación no será denegada irrazonablemente. Todas las primas de

insurance policies shall be paid in the manner provided under
pólizas de seguro serán pagadas en la forma dispuesta bajo

paragraph 2 hereof or, if not paid in such manner, by
el párrafo 2 de la presente o, si no pagados en dicha forma, mediante

Borrower making payment, when due, directly to the insurance carrier.
el pago directo por el Deudor al asegurador a su vencimiento.

----All insurance policies and renewals thereof shall be in form accept-
----Todas las pólizas de seguro y sus renovaciones serán en forma acep-

able to Lender and shall include a standard mortgage clause
table al Prestador e incluirán la cláusula usual de protección al acreedor hipotecario

in favor of and in form acceptable to Lender. Lender shall have the
a favor de y en forma aceptable al Prestador. El Prestador tendrá el

right to hold the policies and renewals thereof, and Borrower
derecho de poseer las pólizas y sus renovaciones y el Deudor

shall promptly furnish to Lender all renewal notices and
suministrará al Prestador inmediatamente todas las notificaciones de renovación y

all receipts of paid premiums. In the event of loss, Borrower shall give
todos los recibos de primas pagadas. En caso de pérdida, el Deudor dará

prompt notice to the insurance carrier and Lender, and Lender may
notificación inmediata al asegurador y al Prestador, el Prestador podrá

make proof of loss in not made promptly by Borrower.--------------------
hacer la prueba de pérdida si el Deudor no lo hace inmediatamente. ----------------
----
----Unless Lender and Borrower otherwise agree in writing,
----A menos que el Prestador y el Deudor acuerden lo contrario por escrito,

insurance proceeds shall be applied to restoration or re-
las indemnizaciones provenientes de seguros serán aplicadas a la restauración o re-

pair of the Property damaged, provided such restoration or
paración de la Propiedad afectada, bajo condición de que dicha restauración o

repair is economically feasible and the security of this Mortgage is not
reparación sea económicamente factible y la garantía de esta Hipoteca no quede

thereby impaired. If such restoration or repair in not economically
por ello menoscabada. Si tal restauración o reparación no fuere económicamente

feasible or if the sucurity of this Mortgage would be impaired, the
factible o si la garantía de esta Hipoteca fuere menoscabada, las

insurance proceeds shall be applied to the sums secured
indemnizaciones provenientes de seguros serán aplicadas a las sumas garantizadas
----

8

by this Mortgage, with the excess, if any, paid to Borrower. If the Prop-
por esta Hipoteca, y el exceso, si alguno, pagado al Deudor. Si la Pro-

erty is abandoned by Borrower or if Borrower fails to respond to Lender
piedad es abandonada por el Deudor o si el Deudor dejare de responder al Prestador

within thirty (30) days from the date notice is mailed
dentro de treinta (30) días a partir de la fecha de envío por correo de notificación por

by Lender to Borrower that the insurance carrier offers to settle a claim
el Prestador al Deudor de que el asegurador ofrece transigir una reclamación

for insurance benefits, Lender is authorized to collect and apply the
de beneficios de seguro, el Prestador queda autorizado a cobrar y aplicar las

insurance proceeds at Lender's option either to restoration or
indemnizaciones provenientes de seguro a opción del Prestador a la restauración o

repair of the Property or to the sums secured by this Mortgage.-----------
reparación de la Propiedad o a las sumas aseguradas por esta Hipoteca. ---------------
-------------------------------------------------------------------------------------------

-----Unless Lender and Borrower otherwise agree in writing, any
-----A menos que el Prestador y Deudor acuerden lo contrario por escrito, cualquier

such application of proceeds to principal shall not extend or post-
tal · aplicación de las indemnizaciones a principal no actuará para extender o pos-

pone the due date of the monthly installments referred to
poner la fecha de vencimiento de los plazos mensuales a los cuales se hace referencia

in paragraphs 1 and 2 hereof or change the amount of such installments.
en los párrafos 1 y 2 de la presente o cambiar el monto de dichos plazos.

-----If under paragraph 18 hereof the Property is acquired by Lender,
-----Si bajo el párrafo 18 de la presente la Propiedad es adquirida por el Prestador,

all right, title and interest of Borrower in and to any insurance policies
todo derecho, título e interés del Deudor en y sobre cualesquiera pólizas de seguros

and in and to the proceeds thereof resulting from damage to the
y en y sobre los fondos provenientes de las mismas como resultado de daños a la

· Property prior to the sale or acquisition shall pass to Lender to the
Propiedad anteriores a la venta o adquisición pasarán al Prestador hasta el

extent of the sums secured by this Mortgage immediately prior to such
monto de las sumas aseguradas por esta Hipoteca inmediatamente antes de dicha

sale or acquisition.----------------------------------------------------------------------
venta o adquisición. ----------------------------------------------------------------------
-------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------

-----6.    *Preservation and Maintenace of Property; Condominiums*;
-----6.    *Conservación y Mantenimiento de la Propiedad; Condominios*;

*Planned Unit Developments*. Borrower shall keep the Property in good
*Proyectos de Unidades Planificadas*. El Deudor mantendrá la Propiedad en buen

repair and shall not commit waste or permit impairment or deterioration
estado de reparación y no permitirá ni causará deterioro o menoscabo

of the Property. If this Mortgage is on a unit in a condominium or a
a la Propiedad. Si esta Hipoteca es sobre una unidad en un condominio o un
-------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------

planned unit development, or if Borrower is a member of any other
proyecto de unidades planificadas, o si el Deudor es un miembro de cualquier otra

type of association wherein property is jointly owned or administered
clase de régimen mediante el cual la propiedad se posee o administra en común

and obligations for maintenance thereof arise in the Borrower,
y surjan obligaciones para el Deudor respecto a su mantenimiento,

Borrower shall perform all of Borrower's obligations under the declara-
el Deudor cumplirá con todas las obligaciones del Deudor bajo la declara-

tion or covenants creating or governing the condominium or
ción o convenios que establecen o gobiernan el condominio o

planned unit development, the by-laws and regulations of the condo-
proyecto de unidades planificadas, las reglas y los reglamentos del condo-

minium or planned unit development, and constituent documents, or
minio o proyecto de unidades planificadas y los documentos constituyentes, o

arising from Borrower's membership in such association.----------------
que surgen de la condición de miembro del Deudor en dicha asociación. -------------
------------------------------------------------------------------------------
------------------------------------------------------------------------------

-----7. *Protection of Lender's Security.* If Borrower fails to perform
-----7. *Protección de la Garantía del Prestador.* Si el Deudor dejare de cumplir

the covenants and agreements contained in this Mortgage, or if
los pactos y convenios contenidos en esta Hipoteca, o si

any action or proceeding is commenced which materially affects
se comenzare alguna acción o procedimiento que materialmente afecte

Lender's interest in the Property, including, but not limited to,
el interés del Prestador en la Propiedad, incluyendo, sin implicar limitación,

eminent domain, insolvency, enforcement of regulations of the
de expropiación, insolvencia, ejecución de reglamentación de la

Planning Board of Puerto Rico or arrangements or
Junta de Planificación de Puerto Rico o concurso de acreedores o

proceedings involving a bankrupt or decedent, then Lender
procedimientos relacionados con un quebrado o un causante, el Prestador.

at Lender's option, upon notice to Borrower, may make such
a opción del Prestador, previa notificación al Deudor, podrá hacer aquellas

appearances, disburse such sums and take such action as is necessary
comparecencias, desembolsos de dineros y tomar cualquier acción que sea necesaria

to protect Lender's interest, including, but not limited to,
para proteger el interés del Prestador incluyendo, sin implicar limitación,

disbursement of reasonable attorney's fees and entry upon the Property
desembolso de honorarios razonables de abogado y entrar a la Propiedad

to make repairs.--------------------------------------------------------------
para efectuar reparaciones. ---------------------------------------------------------
------------------------------------------------------------------------------
------------------------------------------------------------------------------

-----If Lender required mortgage insurance as a condition of making
-----Si el Prestador requirió seguro hipotecario como condición para hacer
------------------------------------------------------------------------------

10

the loan secured by this Mortgage, Borrowe shall pay the premiums
el préstamo garantizado por esta Hipoteca, el Deudor pagará las primas

required to maintain such insurance in effect until such time
requeridas para mantener en vigor dicho seguro hasta que expire el término durante

as the requirement for such insurance terminates in accordance with
el cual debe mantenerse en vigor dicho seguro de acuerdo con

Borrower's and Lender's written agreement or applicable law. Borrower
el convenio escrito entre el Prestador y Deudor o la ley aplicable. El Deudor

shall pay the amount of all mortgage insurance premiums in the
pagará el monto de todas las primas del seguro hipotecario según

manner provided under paragraph 2 hereof.-------------------------------------
dispuesto en el párrafo 2 de la presente. ---------------------------------------
------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------

-----Any amounts disbursed by Lender pursuant, to this
------Cualesquiera sumas desembolsadas por el Prestador bajo las disposiciones de este

paragraph 7, with interest thereon, shall become additional indebtedness
párrafo 7, con intereses sobre las mismas, serán deuda adicional

of Borrower secured by this Mortgage. Unless Borrower and Lender
del Deudor garantizada por esta Hipoteca. A menos que Deudor y Prestador

agree to other terms of payment, such amounts shall be payable
convengan otros términos de pago, dichas sumas serán pagaderas

upon notice from Lender to Borrower requesting payment thereof,
inmediatamente que el Prestador notifique al Deudor requiriendo pago de las mismas,

and shall bear interest from the date of disbursement at the rate
y devengarán intereses a partir de la fecha de desembolso al tipo

payable from time to time on outstanding principal under the Note,
pagadero de tiempo en tiempo sobre el principal adeudado bajo el Pagaré,

unless payment of interest at such rate would be contrary to
excepto cuando el pago de dicho interés a razón de dicho tipo resulte contrario a

applicable law, in which event such amounts shall bear interest at
ley aplicable, en cuyo caso dichas sumas devengarán intereses al

the highest rate permissible under applicable law. Nothing contained in
tipo más alto permisible bajo la ley aplicable. Nada de lo expresado en

this paragraph 7 shall require Lender to incur in any expense or take
este párrafo 7 requerirá del Prestador que incurra en ningún gasto o tome

any action hereunder.-------------------------------------------------------------
acción alguna bajo el mismo. ----------------------------------------------------
------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------

-----8. Inspection. Lender may make or cause to be made
-----8. Inspección. El Prestador podrá hacer o causar que se hagan

reasonable entries upon and inspections of the Property, provided that
entradas razonables a, e inspecciones de, la Propiedad, disponiéndose que

Lender shall give Borrower notice prior to any such inspection speci-
el Prestador dará notificación previa al Deudor de tales inspecciones especi-

------------------------------------------------------------------------------------------

11

fying reasonable cause therefor related to Lender's interest in
ficando  causa  razonable para las mismas relacionadas con el interés del Prestador en

the Property.
la Propiedad.

-----9.  *Condemnation.*  The proceeds of any award or claim
-----9. *Expropiación.*  Los fondos provenientes de cualquier laudo o reclamación

for damages, direct or consequential, in connection with any condemna-
por daños,    directos o emergentes,    en relación con   cualquier  expropia-

tion or other taking of the Property, or part thereof, or for conveyance
ción  o  enajenación  forzosa de la Propiedad, o parte de la misma, o por traspaso

in lieu of condemnation, are hereby assigned and shall be paid to
en  lugar de  expropiación,   quedan   por la presente cedidos y serán pagados al

Lender.
Prestador.

-----In  the  event  of  a  total  taking  of  the  Property,  the
-----En  caso  de   enajenación  forzosa  total  de  la Propiedad,  los

proceeds shall be applied to the sums secured by this Mortgage,
fondos  provenientes  serán   aplicados  a las sumas garantizadas por esta Hipoteca,

with the excess, if any, paid to Borrower.  In the event of a
y el  exceso,   si alguno,    pagado al  Deudor.    En   caso  de  una

partial taking of the Property, unless Borrower and Lender
enajenación   forzosa parcial de  la Propiedad, a menos que el Deudor y el Prestador

otherwise agree in writing, there shall be applied to the sums secured
acuerden   por escrito lo contrario,  se  aplicará a  las  sumas  garantizadas

by this Mortgage such proportion of the proceeds as is equal to that
por esta   Hipoteca  tal proporción  de los fondos provenientes que equivalga a la

proportion which the amount of the sums secured by this Mortgage
proporción  que el  monto  de las sumas  aseguradas  por esta   Hipoteca

immediately prior to the date of taking bears to the fair market value
inmediatamente antes de la fecha de enajenación forzosa guarde al valor en el mercado

of the Property immediately prior to the date of taking, with the
de  la Propiedad inmediatamente antes de la fecha de  la enajenación forzosa,  y  el

balance of the proceeds paid to Borrower.
balance de dichos fondos serán pagados al Deudor.

-----If  the  Property  is  abandoned  by  Borrower  or  if,  after
-----Si  la Propiedad  es  abandonada  por  el Deudor,   o  si  después

notice by Lender to Borrower that the condemnor offers to make
que  el Prestador  notifique al  Deudor  que el  expropiante  ofrece  hacer

an award or settle a claim for damages, Borrower fails to respond
un  laudo  o  transigir una reclamación por daños,  el Deudor dejare de responder

to  Lender  within  thirty  (30)  days  of  the  date
al  Prestador  dentro  del término  de treinta (30) días a partir de la fecha de

such notice is mailed, Lender is authorized to collect and apply
*envío por correo de dicha notificación, el Prestador queda autorizado a cobrar y aplicar*

the proceeds at Lender's option either to restoration or repair of the
*los fondos provenientes, a opción del Prestador, a restaurar o reparar la*

Property or to the sums secured by this Mortgage.--------------------
*Propiedad o al pago de las sumas aseguradas por esta Hipoteca.----------------*
-----------------------------------------------------------------------------------
-----------------------------------------------------------------------------------

-----Unless Lender and Borrower otherwise agree in writing,
*-----A menos que el Prestador y el Deudor acuerden lo contrario por escrito,*

any such application of proceeds to principal shall not extend or post-
*dicha aplicación de fondos a principal no extenderá o pos-*

pone the due date of the monthly installments referred to in
*pondrá la fecha de vencimiento de los plazos mensuales a los cuales se refieren los*

paragraphs 1 and 2 hereof or change the amount of such installments.
*párrafos 1 y 2 de la presente, ni cambiará el monto de dichos plazos.*

-----*10. Borrower Not Released.* Extension of the time for payment or
*-----10. Deudor no queda Relevado. Ni la prórroga de la fecha de pago, ni*

modification of amortization of the sums secured by this Mortgage
*la modificación de la amortización de las sumas aseguradas por esta Hipoteca*

granted by Lender to any successor in interest of Borrower shall not be
*concedidas por el Prestador a cualquier sucesor en título, constituirá*

a novation of this Mortgage nor operate to release, in any manner, the
*una novación de esta Hipoteca ni relevará, en forma alguna,*

liability of the original Borrower and Borrower's successors in interest.
*al Deudor original ni a los sucesores en título del Deudor de responsabilidad.*



Lender shall not be required to commence proceedings against such
*No se requerirá del Prestador que comience procedimientos contra tal*

successor or refuse to extend time for payment or otherwise modify
*sucesor, ni que rehuse extender la fecha de pago o de otra forma modifique*

amortization of the sums secured by this Mortgage by
*la amortización de las sumas garantizadas por esta Hipoteca y*

reason of any demands made by the original Borrower and
*razón de cualquier exigencia del Deudor original y*

Borrower's successors in interest.-------------------------------------------
*los sucesores del Deudor.--------------------------------------------------------*
-----------------------------------------------------------------------------------
-----------------------------------------------------------------------------------



-----*11. Forbearance by Lender Not a Waiver.* Any
*-----11. Indulgencia de Morosidad por Prestador no Constituye Renuncia. Cualquier*

forbearance by Lender in exercising any
*indulgencia de morosidad concedida por el Prestador en el ejercicio de cualquier*

right or remedy hereunder, or otherwise afforded by applicable law,
*derecho o remedio bajo la presente, o de otro modo concedida por ley aplicable,*

shall not be a waiver of or preclude the exercise of any right or remedy.
*no constituirá una renuncia ni impedirá el ejercicio de cualquier derecho o remedio.*
-----------------------------------------------------------------------------------
-----------------------------------------------------------------------------------

The procurement of insurance or the payment of taxes or other liens or
La obtención de seguros, o el pago de contribuciones u otras cargas o

charges by Lender shall not be a waiver of Lender's right to
gravámenes, por el Prestador no constituirá renuncia del derecho del Prestador a

accelarate the maturity of the indebtedness secured by this Mortgage.
acelerar el vencimiento de la deuda garantizada por esta Hipoteca.

-----12. *Remedies Cumulative*. All remedies provided in the Mortgage
-----12. *Remedios Cumulativos*. Todos los remedios dispuesto en esta Hipoteca

are distinct and cumulative to any other right or remedy under
son independientes de, y cumulativos a, cualquier otro derecho o remedio bajo

this Mortgage or afforded by law or equity, and may be exercised con-
esta Hipoteca u ofrecido por ley o equidad, y podrán ser ejercidos con-

currently, independently or successively.--------------------------
currentemente, independientemente o sucesivamente.--------------------
----------------------------------------------------------------------

-----13. *Successors and Assigns Bound; Joint and Several Liability;*
-----13. *Sucesores y Cesionarios Obligados; Responsabilidad Solidaria;*

*Captions.* The covenants and agreements herein contained shall bind,
*Títulos.* Los pactos y convenios contenidos en la presente obligarán,

and the rights hereunder shall inure to, the respective successors
y los derechos concedidos bajo la presente beneficiarán, a los sucesores

and assigns of Lender and Borrower, subject to the provisions
y cesionarios respectivos del Prestador y del Deudor, sujeto a las disposiciones

of paragraph 17 hereof. All covenants and agreements of Borrower
del párrafo 17 de la presente. Todos los convenios del Deudor

shall be joint and several. The captions and headings of the paragraphs
serán solidarios. Los títulos y epígrafes de los párrafos

of this Mortgage are for convenience only and are not to be used
de esta Hipoteca son para conveniencia únicamente y no serán usados

to interpret or define the provisions hereof.--------------------------
para interpretar las disposiciones de la presente.----------------------
----------------------------------------------------------------------

-----14. *Notice*. Except for any notice required under applicable
-----14. *Notificación*. Excepto por cualquier notificación que la ley aplicable

law to be given in another manner, (a) any notice to Borrower provided
requiera sea dada de otra manera, (a) toda notificación al Deudor dispuesta

for in this Mortgage shall be given by mailing such notice by certified
en esta Hipoteca será dada enviando dicha notificación por correo certificado

mail addressed to Borrower at the Property Address or at such other
dirigida al Deudor a la Dirección de la Propiedad o a cualquier otra

address as Borrower may designate by notice to Lender as provided
dirección que el Deudor designe por notificación al Prestador según indicado

herein, and (b) any notice to Lender shall be given by certified mail,
en la presente, y (b) toda notificación al Prestador será dada por correo certificado
----------------------------------------------------------------------

14

return receipt requested, to Lender's address stated herein or to such
con acuse de recibo a la Dirección del Prestador indicada en la presente o a cualquier

other address as Lender may designate by notice to Borrower as
otra dirección que el Prestador designe por notificación al Deudor según

provided herein.  Any notice provided for in this Mortgage
indicado en la presente.  Se considerará dada cualquier notificación al Prestador

shall be deemed to have been given to Borrower or Lender when given
o          al          Deudor          si          se          da

in the manner designated herein.-------------------------------------------------
en la manera dispuesta en la presente.-------------------------------------------------
-------------------------------------------------------------------------------------------

-----15. Uniform Mortgage; Governing Law; Severability. This form of
-----15. Hipoteca Uniforme; Ley que Rige; Separabilidad. Esta forma de

mortage was developed from mortgage instruments prepared for
hipoteca fue desarrollada a base de instrumentos hipotecarios preparados para

use throughout the United States of America with limited variations
uso a través de los Estados Unidos de América con cambios limitados

by jurisdiction to constitute a uniform security instrument
por jurisdicción con el propósito de constituir un instrumento uniforme de garantía

covering real property.  This Mortgage shall be governed by the law of
inmobiliaria.  Esta Hipoteca será regida por la ley de

the jurisdiction in which the Property is located.  In the event that any
la jurisdicción en la cual esté localizada la Propiedad.  En caso de que cualquier

provision or clause of the Mortgage or the Note conflicts with
disposición o cláusula de esta Hipoteca o del Pagaré conflija con

applicable law, such conflict shall not affect other provisions of this
la ley aplicable, dicho conflicto no afectará otras disposiciones de esta

Mortgage or the Note which can be given effect without the
Hipoteca o del Pagaré a las cuales pueda darse efecto sin la

conflicting provision, and to this end the provisions of the Mortgage
disposición conflictiva y, a tal fin. las disposiciones de esta Hipoteca

and the Note are declared to be severable.-------------------------------
y del Pagaré son declaradas separables.-------------------------------------------------
-------------------------------------------------------------------------------------------

-----16. Borrower's Copy.  Borrower shall be furnished a conformed
-----16. Copia del Deudor.  El Deudor será suplido con una copia

copy of the Note and of this Mortgage within seven (7) days of the
concordante del Pagaré y de esta Hipoteca dentro de siete (7) días a partir

date of execution hereof.-------------------------------------------------
de la fecha del otorgamiento de la presente.-------------------------------------------------
-------------------------------------------------------------------------------------------

-----17. Transfer of the Property; Assumption. If all or any part of the
-----17. Transferencia de Propiedad; Asunción.  Si toda o parte de la

Property or an interest therein is sold or transferred by Borrower
Propiedad, o un interés en la misma, es vendido o transferido por el Deudor

15

without Lender's prior written consent, excluding (a) the creation
sin el consentimiento previo por escrito del Prestador, excluyendo (a) la creación

of a lien or encumbrance subordinate to this Mortgage, (b) the crea-
de una carga o gravamen subordinada a esta Hipoteca, (b) la crea-

tion of a purchase money security interest for household appliances,
ción de una garantía del precio de compraventa de enseres del hogar,

(c) a transfer by devise or descent or (d) the grant of any
(c) una transferencia por legado o herencia, o (d) la concesión de un

leasehold interest of three years or less not containing an option
derecho de arrendamiento de tres años o menos que no contenga una opción

to purchase, Lender may, at Lender's option, declare all the sums
de compra, el Prestador podrá, a opción del Prestador, declarar todas las sumas

secured by this Mortgage to be immediately due and payable. Lender
aseguradas por esta Hipoteca inmediatamente vencidas y pagaderas. El Prestador

shall have waived such option to accelerate if, prior to the sale or
habrá renunciado tal derecho de aceleración si, antes de la venta o

transfer, Lender and the person to whom the Property is to be sold
transferencia, el Prestador y la persona a quien la Propiedad ha de ser vendida

or transferred reach agreement in writing that the credit of such
o transferida llegan a un acuerdo por escrito a efectos de que el crédito de dicha

person is satisfactory to Lender and that the interest payable on
persona es satisfactorio al Prestador y de que el interés pagadero

the sums secured by this Mortgage shall be at such rate as
sobre las sumas aseguradas por esta Hipoteca será el tipo que

Lender shall request. The waiver of the option to accelerate
requiera el Prestador. La renuncia por el Prestador a la opción de aceleración

provided in this paragraph 17 by Lender shall not be interpreted as a
dispuesta en este párrafo 17 no será interpretada como un

release from Borrower's obligations under this Mortgage and the Note.
relevo de las obligaciones del Deudor bajo esta Hipoteca y el Pagaré.

-----If Lender exercises such option to accelerate, Lender
-----Si el Prestador ejerce dicha opción de aceleración, el Prestador

shall mail Borrower notice of acceleration in accordance with
enviará por correo al Deudor notificación de aceleración de acuerdo con

paragraph 14 hereof. Such notice shall provide a pe-
las disposiciones del párrafo 14 de la presente. Dicha notificación concederá un pe-

riod of not less that thirty (30) days from the date
ríodo de no menos de treinta (30) días a partir de la fecha de

the notice is mailed within which Borrower may pay the sums
envío por correo de la notificación durante el cual el Deudor podrá pagar las sumas

declared due. If Borrower fails to pay such sums prior to the
declaradas vencidas. Si el Deudor dejare de pagar dichas sumas antes de la

-------------------------------------------------------------------------
-------------------------------------------------------------------------

expiration of such period, Lender may, without further notice or
expiración de dicho período, el Prestador podrá, sin necesidad de notificación o

demand on Borrower, invoke any remedies permitted
requerimiento adicional al Prestador, invocar cualquiera de los remedios permitidos

by paragraph 18 hereof.----------------------------------------------------
por el párrafo 18 de la presente.------------------------------------------
-------------------------------------------------------------------------
-------------------------------------------------------------------------

-----*18. Acceleration; Remedies.* Except as provided in paragraph 17
-----18. Aceleración; Remedios. Excepto según se dispone en el párrafo 17

hereof, upon Borrower's breach of any covenant or agreement of
de la presente, al incumplir el Deudor cualquiera de los pactos o convenios del

Borrower in this Mortgage, including the covenants to pay when due any
Deudor en esta Hipoteca, incluyendo los pactos de pagar a su vencimiento las

sums secured by this Mortgage, Lender prior to acceleration
sumas garantizadas por esta Hipoteca, el Prestador, antes de acelerar su vencimiento,

shall mail notice to Borrower as provided in paragraph 14
enviará por correo notificación al Deudor, según dispuesto en el párrafo 14

hereof specifying: (1) the breach; (2) the action re-
de la presente, especificando lo siguiente: (1) el incumplimiento; (2) la acción re-

quired to cure such breach; (3) a date, not less
querida para subsanar dicho incumplimiento; (3) la fecha límite, que no será anterior

than thirty (30) days from the date the notice is mailed to Bor-
a treinta (30) días a partir de la fecha de envío por correo de la notificación al Deu-

rower, by which such breach must be cured; and (4)
dor, antes de la cual dicho incumplimiento deberá ser subsanado; y (4)

that failure to cure such breach on or before the date
una indicación de que dejar de subsanar dicho incumplimiento en antes de la fecha

specified in the notice may result in acceleration
límite especificada en la notificación podrá resultar en la aceleración del vencimiento

of the sums secured by this Mortgage, foreclosure by judicial proceeding
de las sumas garantizadas por esta Hipoteca, ejecución por la vía judicial

and sale of the Property. The notice shall further inform Borrower of the
y la venta de la Propiedad. La notificación informará al Deudor, además, de su

right to reinstate after acceleration and the right to assert
derecho a rehabilitación con posterioridad a la aceleración y de su derecho a aseverar

the non-existence of a default or any other defense of Borrower to
la inexistencia de incumplimiento o cualquier otra defensa del Deudor a la

acceleration and foreclosure in the foreclosure proceeding. If the breach
aceleración o ejecución en cualquier procedimiento de ejecución. Si el incumplimiento

is not cured on or before the date specified in the notice,
no es subsanado en o antes de la fecha límite especificada en la notificación,

Lender, at Lender's option, may declare all of the sums secured by
el Prestador, a opción del Prestador, podrá declarar todas las sumas garantizada por

-------------------------------------------------------------------------

17

----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------

this Mortgage to be immediately due and payable without
esta Hipoteca inmediatamente vencidas y pagaderas sin necesidad de

further demand and may foreclose this Mortgage by judicial proceeding.
requerimiento adicional y podrá ejecutar esta Hipoteca por la vía judicial.

Lender shall be entitled to collect in such proceeding all expenses of
El Prestador tendrá derecho a cobrar en dicho procedimiento todos los gastos de

foreclosure, including, but not limited to, attorney's fees, and cost of
ejecución, incluyendo, sin implicar limitación, honorarios de abogado, y el costo de

documentary evidence, abstract and title reports.-----------------------------
evidencia documentaria, resúmenes y estudios de título.-----------------------------
----------------------------------------------------------------------

-----19. *Borrower's Right to Reinstate.* Notwithstanding
-----19. *Derecho de Rehabilitación del Deudor.* No empece

Lender's acceleration of the sums secured by this Mortgage,
la aceleración por el Prestador de las sumas garantizada por esta Hipoteca,

Borrower shall have the right to have any proceedings begun by
el Deudor tendrá derecho de paralizar cualquier procedimiento comenzado por

Lender to enforce this Mortgage discontinued at any time prior to
el Prestador para ejecutar esta Hipoteca en cualquier momento antes de

entry of a judgement enforcing this Mortgage if: (a) Borrower pays
que se dicte sentencia ejecutando esta Hipoteca si: (a) el Deudor paga

Lender all sums which would be then due under this Mortgage and
al Prestador todas la sumas que estuvieren vencidas bajo esta Hipoteca y

the Note including advances, if any, had no acceleration occurred;
el Pagaré incluyendo adelantos, si algunos, de no haber ocurrido la aceleración;

(b) Borrower cures all breaches of any other covenants or
(b) el Deudor subsana todos los incumplimientos de cualesquiera otros pactos o

agreements of Borrower contained in this Mortgage; (c) Borrower pays
convenios del Deudor contenidos en esta Hipoteca; (c) el Deudor paga

all reasonable expenses incurred by Lender in enforcing the covenants
todos los gastos razonables incurridos por el Prestador en la ejecución de los pactos

and agreements of Borrower contained in this Mortgage and in enforcing
y convenios del Deudor contenidos en esta Hipoteca y en la ejecución

Lender's remedies as provided in paragraph 18 hereof, including,
de los remedios del Prestador dispuestos en el párrafo 18 de la presente, incluyendo,

but not limited to, attorney's fees; and (d) Borrower takes such action
sin implicar limitación, honorarios de abogado; y (d) el Deudor toma aquella acción

as Lender may reasonably require to assure that the lien of
que el Prestador pueda razonablemente requerir para asegurar que el gravamen de

this Mortgage, Lender's interest in the Property and Borrower's
esta Hipoteca, el interés del Prestador en la Propiedad y la obligación del Deudor

obligation to pay the sums secured by this Mortgage shall continue
de pagar las sumas garantizadas por esta Hipoteca continuarán

18

------------------------------------------------------------
------------------------------------------------------------

unimpaired. Upon such payment and cure by Borrower, this
inalteradas. Al hacer el Deudor dicho pago y subsanar dicho incumplimiento, esta

Mortgage and the obligations secured hereby shall remain in full force
Hipoteca y las obligaciones garantizadas por la misma quedarán en completa fuerza

and effect as if no acceleration had occurred.----------------------------------
y vigor como si no hubiera ocurrido aceleración.--------------------------------
------------------------------------------------------------

-----20. *Assignment of Rents; Appointment of Receiver.* As
-----20. *Cesión de Rentas; Designación de Síndico.* Como

additional security hereunder, Borrower hereby assigns to Lender
garantía adicional, el Deudor por la presente cede al Prestador

the rents of the Property, provided that Borrower shall, prior to
las rentas de la Propiedad, disponiéndose que el Deudor, antes de

acceleration under paragraph 18 hereof or abandonment of the
la aceleración del vencimiento bajo el párrafo 18 de la presente o abandono de la

Property, have the right to collect and retain such rents
Propiedad, tendrá el derecho de cobrar y retener dichas rentas

as they become due and payable.--------------------------------
según venzan y sean pagaderas.----------------------------------
------------------------------------------------------------

-----Upon acceleration under paragraph 18 hereof or abandonment of
-----Al ocurrir una aceleración bajo el párrafo 18 de la presente o el abandono de

the Property, Lender shall be entitled to have a receiver appointed by a
la Propiedad, el Prestador tendrá derecho a que se designe por un

court to enter upon, take possession of and manage the Property and
tribunal un síndico que entre, tome posesión de y administre la Propiedad y

to collect the rents of the Property including those past due. All
que cobre las rentas de la Propiedad incluyendo las anteriormente vencidas. Todas

rents collected by the receiver shall be applied first to payment of the
las rentas cobradas por el síndico serán aplicadas primero al pago de los

costs of management of the Property and collection of rents, including,
gastos de administración de la Propiedad y del cobro de las rentas incluyendo,

but not limited to, receivers fees, premiums on receiver's bonds
sin que implique limitación, a los honorarios del síndico, primas de la fianza del

and attorney's fees, and then to the sums secured by this Mortgage.
síndico y honorarios de abogado, y luego a las sumas garantizadas por esta Hipoteca.

The receiver shall be liable to account only for those rents
El síndico será responsable de rendir cuentas únicamente respecto a las rentas

actually received. ----------------------------------------------
realmente recibidas.--------------------------------------------
------------------------------------------------------------

-----21. *Release.* Upon payment of all sums secured by this
-----21. *Descargo.* Una vez pagadas todas las sumas garantizadas por esta

Mortgage, Lender shall release and cancel this Mortgage at
Hipoteca, el prestador descargará y cancelará esta Hipoteca por

Borrower's expense, or, at Borrower's option, endorse the Note "for
cuenta del Deudor o, a opción del Deudor, endosará el Pagaré "para
cancellation only" without charge to Borrower. ---------------------------
cancelación únicamente" sin cargo al Deudor. ---------------------------

-----FIFTH: *The Property.*---------------------------------------------------
-----QUINTO: *La Propiedad.* --------------------------------------------------

-----The description of the mortgaged Property is: ------------------
-----La descripción de la Propiedad es la siguiente: ----------------------

-----------------------------------------------------------------

---**URBANA:**Condominio Torres de Andalucia
Apartamento número mil cuatrocientos seis (1406),
localizado en la decima cuarta planta del edificio
número dos (2) del Condominio Torres de Andalucía
que radica en la Calle Marginal Oeste de la
Carretera Estatal número ciento ochenta y uno
(181), (expreso Trujillo Alto) Km 1, Hm 2, Barrio
Sabana Llana, Río Piedras, Puerto Rico. Tiene un
área superficial de ochocientos ocho punto setenta
y tres (808.73) pies cuadrados, equivalentes a
setenta y cinco punto trece (75.13) metros
cuadrados. Consta de sala-comedor, tres (3)
dormitorios, cocina, lavandería, baño y closets.
Colinda por el **NORTE**, por donde tiene un acceso de
entrada y salida con un pasillo que lo comunica
con el resto del edificio; por el **SUR**, con el
patio posterios; por el **ESTE**, con pared que lo
separa del apartamento número mil cuatrocientos
siete (1407); y por el **OESTE**, con pared que lo
separa del apartamento número mil cuatrocientos
cinco (1405). Le corresponde un porcentaje en los
elementos comunes de cero punto dos mil
trescientos noventa (0.2390%) porcientos y un
espacio de estacionamiento identificado con el
número del apartamento.-------------------------

---The above described property is subject to the
following lien(s) which shall be cancelled or
subordinated through a separate instrument(s): ---

--- **(a)** To secure a Mortgage Note in favor of
      SANA INVESTMENT MORTGAGE BANKERS INC., in
      the principal sum of FORTY SIX THOUSAND
      FIVE HUNDRED DOLLARS ($46,500.00), plus
      interest as it appears from Deed Number
      Two Hundred One (201), executed before
      Notary Public MARTA T. REY CACHO, on the
      Thirty (30) day of April, Nineteen
      Hundred Ninety Nine (1999).--------------

--- **(b)** To secure a Mortgage Note in favor of R-G
      MORTGAGE CORPORATION, in the principal
      sum of FIFTY FIVE THOUSAND FIVE HUNDRED
      DOLLARS ($55,500.00), plus interest as it
      appears from Deed Number One Hundred
      Thirty Two (132), executed before Notary
      Public ROSARIO GONZALEZ ROSA, on the
      Three (3) day of July, Two Thousand Two
      (2002).-------------------------------

| together | with | all | the | structures, | improvements | now |
|---|---|---|---|---|---|---|
| junto | con | todas | las | estructuras, | mejoras | actuales |

| or | hereafter | erected | on | the | Property | and | all |
|---|---|---|---|---|---|---|---|
| o | futuras | en | la | Propiedad | y | todas | las |

| easements, | rights, | appurtenances | and | rents, | and |
|---|---|---|---|---|---|
| servidumbres, | derechos, | pertenencias | y | rentas, | y | todos |

| all | fixtures | now | and | hereafter | attached | to | the |
|---|---|---|---|---|---|---|---|
| los | muebles | actualmente | o | en | el | futuro | adheridos | a | la |

| Property, | all | of | which, | including | replacements | and |
|---|---|---|---|---|---|---|
| Propiedad, | todos los cuales, | incluyendo los que los reemplacen | o | se | le |

| additions | there | to | shall | be | deemed | to | be | and | remain |
|---|---|---|---|---|---|---|---|---|---|
| añaden | en | el | futuro, | serán | considerados |

| a | part | of | the | Property | covered | by | this | Mortgage. |
|---|---|---|---|---|---|---|---|---|
| como | parte | de | la | propiedad | cubierta | por | esta | Hipoteca. |

-----The Property is recorded at    --------------------------------
-----La Propiedad está inscrita al    --------------------------------

------------------------------------------------------------

------------------------------------------------------------

---Inscrita al folio ciento cuatro (104), del tomo seiscientos cuarenta y seis (646), de Sabana Llana, finca número veinticinco mil novecientos ochenta y dos (25,982), inscripción cuarta y última, Registro de la Propiedad de San Juan, Sección Quinta.----------------------------------------
---El Notario autorizante advierte que las partes comparecientes, y en especifico al Deudor(es) Hipotecario(s), que de los fondos del refinanciamiento otorgado se está(n) pagando el (los) balance(s) de cancelación de la(s) hipoteca(s) que grava(an) la(s) propiedad(es) inmueble(s) antes mencionada(s) objeto de esta escritura pública, mediante cheque(s) mostrado(s) a las partes comparecientes el(los) cual(es) ha(n) de ser remitido(s) al(los) acreedor(es) hipotecario(s), con el propósito de que sea(n) cancelada(s) dicha(s) hipoteca(s), lo cual no constituye una garantía absoluta de que ello así será hecho.-----------------
---El Deudor(es) Hipotecario(s) tiene el derecho de exigir que la(s) referida(s) hipoteca(s) sea(n) cancelada(s) en el mismo acto del refinanciamiento, pero se le advierte al (a los) Deudor(es) Hipotecario(s) que en la mayoría de las ocasiones el(los) pagaré(s) hipotecario(s) no está(n) disponible(s) para que sea(n) cancelado(s). El(los) Deudor(es) Hipotecario(s) por la presente, renuncia(n) voluntariamente a dicho derecho, estando consiente(s) de los riesgos y consecuencias que conlleva el que no se cancele(n) dicha(s) hipoteca(s) a pesar de las advertencias hechas por el Notario autorizante en este acto.-------------------------



----SIXTH: *Value of the Property.* -----------------------------
----SEXTO: *Valor de la Propiedad.* -----------------------------

----Pursuant to the provisions of the Mortgage-----------------
----En cumplimiento de las disposiciones de la Ley----------------

and Property Registry Act of Puerto Rico, -----------------------
Hipotecaria y del Registro de la Propiedad de Puerto Rico, --------

Lender and Borrower value the Property------------------------
el Prestador y el Deudor tasan la Propiedad----------------------

at     SEVENTY TWO THOUSAND DOLLARS ($72,000.00) -------------
en     ----------------------------------------------------------

----------------------------------------------------------------

which     value  shall   serve    as   lowest  bid  at  the  first
cuyo   valor   servirá   como    tipo   mínimo   en    la    primera

auction   in  the  event  of  foreclosure.-----------------------
subasta   en   caso   de   ejecución.-----------------------------

----SEVENTH: *Appearing parties ("Borrower").*-------------------
----SEPTIMO:  *Comparecientes ("Deudor").*------------------------

----JUAN JOSE ACEVEDO QUINTERO, Social Security Number _--

"████████" and his wife, SONIA CARTAGENA SANTIAGO, ----

Social Security Number "████████", both of legal age, --

married to each other, reteree and pastry cooker, respec -

tively, and residents of Cayey, Puerto Rico. --------------

---I, the Notary, hereby Certify, that not being personally

acquainted with the Borrower's, I have identified them in -

accordance to the Notarial Law, Article Seventeen "C" (17-C)

as follows: by their respectives Puerto Rico's Drivers ----

Licenses, Number (him) "████████" and (her) ████████, ------

given voluntarily, containing both identifications their --

respectives signatures and photographs. --------------------

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

22

-----EIGHT: *Lender.* The Lender is ------------------------------------
-----OCTAVO: *Prestador.* El Prestador es------------------------------

---MORTGAGE STORE OF PUERTO RICO, INC., Employer Number
"66-054-7802", a Banking Corporation organized under ---
the Laws of the Commonwealth of Puerto Rico. -----------

------------------------------------------------------------

------------------------------------------------------------

and the Lender's address is  ------------------------------
y la dirección del Prestador es  --------------------------

---JESUS T. PIÑERO #295,  SAN JUAN, PUERTO RICO 00918 -

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

-----------

-----NINTH: *Waiver of Homestead Rights.*--------------------
-----NOVENO: *Renuncia de Hogar Seguro.*--------------------

-----Borrower hereby waives, in favor  of  the  Lender,  to  the
-----El   Deudor  por  la  presente  renuncia,  a  favor del Prestador, hasta el

fullest  extent  allowed  by law all homestead  and  similar  rights
límite permitido por ley  todos  sus derechos  de hogar seguro y derechos similares

conferred  upon  Borrower by any law, including, without limitation,
conferidos  al  Deudor por cualquier  ley  incluyendo,  sin  implicar  limitación,

the provisions of the Puerto Rico  Right  of  Homestead  (31 L.P.R.A.
las disposiciones sobre Derecho  de  Hogar Seguro de  Puerto  Rico  (31 L.P.R.A.

§ 1851-1857).--------------------------------------------------
§ 1851-1857). -------------------------------------------------

-----TENTH: Property  Address.  The Property  Address  shall  be
-----DECIMO: Dirección  de  la Propiedad.  La  Dirección de  la Propiedad será

the address stated in the Note as the  property  Address.-----------------
la dirección  indicada  en  el  Pagaré  como  Dirección de  la Propiedad.--------

------------------------------ACCEPTANCE-------------------------
------------------------------ACEPTACION-------------------------

-----The appearing parties accept this Deed in its entirety and I, the ------
-----Los comparecientes aceptan esta Escritura en su totalidad  y  yo,  el----------

Notary, made  to  the  appearing parties  the  necessary legal warnings
Notario,  hice  a  los  comparecientes  las  advertencias  legales  pertinentes

concerning the execution of the  same. I, the Notary  advised the------
relativas a su otorgamiento.  Yo,  el Notario  advertí  a  las-----------------------

appearing parties as to their right  to  have  witnesses presents  at  this
partes comparecientes de su  derecho  de tener testigos  presentes  a  este

execution, which  right  they waived. The appearing parties having
otorgamiento,  a  cuyo  derecho  renunciaron.    Habiendo  los  comparecientes

read this Deed in its entirety, fully ratify and confirm the
leído esta Escritura en su totalidad, la ratifican y confirman que las

statements contained herein as the true and exact embodiment of their
declaraciones contenidas en la misma reflejan fiel y exactamente sus

stipulations, terms and conditions. Whereupon the appearing parties
estipulaciones, términos y condiciones. En cuya virtud los comparecientes

signed this Deed, before me, the Notary, and signed their initial on
firman esta Escritura ante mí, el Notario, y firman sus iniciales en

each and every page of this Deed. --------------------------------
todas y cada una de las páginas de esta Escritura.----------------------

-----I, the Notary, do hereby certify as to everything stated or con-
-----Yo, el Notario, por la presente certifico de todo lo declarado y con-

tained in this instrument.-------------------------------------------
tenido en este instrumento.------------------------------------------

-----I, the Notary, DO HEREBY ATTEST.-----------------------------
-----Yo, el Notario, DOY FE.-----------------------------------------

-----At this stage of the execution it is hereby stated that the office
address of the undersigned Notary Public is: Lifetime Building,
Quisqueya Avenue, Hato Rey, Puerto Rico. I, the Notary, FURTHER
ATTEST.--------------------------------------------------------------

I hereby Certify, that this is a true an
exact copy of it's Original and of the
Certified copy that has been submitted
for recording in the corresponding
Property Registry.



24



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>CARTAGENA SANTIAGO</u>
First Name: <u>SONIA</u>
Middle Name:
Active Duty Status As Of: <u>Oct-06-2014</u>

*EXHIBIT "B"*

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: TEDF4042E011Y10



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>ACEVEDO QUINTERO</u>
First Name: <u>JUAN JOSE</u>
Middle Name:
Active Duty Status As Of: <u>Oct-06-2014</u>

*EXHIBIT "B"*

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: IEL910B2D011840